UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMES HARDT, | ) |
| Plaintiff, | ) Case No. 23-cv-05888 |
| v. | ) Honorable Mary M. Rowland |
| EVOLVELAB, LLC, | ) |
| Defendant. | ) |

# STATUS REPORT

Plaintiff, Ames Hardt ("Plaintiff" or "Hardt"), and Defendant, EvolveLab, LLC ("Defendant"), conferred as required by this Court's Order of January 9, 2024 (Doc. # 20) and jointly submit this Status Report on settlement efforts:

**1.** The parties have engaged in material settlement discussions and continue to do so. A global settlement agreement was drafted and the parties are working out the finer details. The parties anticipate moving for dismissal within the next 30 days.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Ethan Zelizer*

Ethan Zelizer
HR Law Counsel, LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
Tel: 630.551.8374
ethan@hrlawcounsel.com
*Attorney for Plaintiff*

Respectfully submitted,

*/s/Jesse Howard Witt*

Jesse Howard Witt, *admitted pro hac vice*
FRASCONA, JOINER, GOODMAN AND GREENSTEIN, P.C.
4750 Table Mesa Dr.
Boulder, CO 80305
jesse@frascona.com

*Attorneys for Defendant*

FIRM:63557686v3